No. 80–6662.   NEWTON ET AL. *v.* ARKANSAS.   Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–6878.   VANDENBERG *v.* OREGON ET AL.   Appeal from Ct. App. Ore. dismissed for want of substantial federal question.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–6948.   REED *v.* TEXAS.   Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–10.   STALLARD *v.* STALLARD.   Appeal from Sup. Ct. Va. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–50.   CAMARDO ET AL. *v.* CITY OF ROCHESTER, NEW YORK, ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 4th Jud. Dept., dismissed for want of substantial federal question.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–84.   BUNDO ET AL. *v.* MICHIGAN LIQUOR CONTROL COMMISSION.   Appeal from Ct. App. Mich. dismissed for want of substantial federal question.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–131.   QUINN-MOORE ET AL. *v.* LAMBERT, BANK COMMISSIONER OF ARKANSAS, ET AL.   Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.